JS6

1  Steven P. Rice (State Bar No. 094321)
      srice@crowell.com
2  Theresa C. Lopez (State Bar No. 205338)
      tlopez@crowell.com
3  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
4  Irvine, California 92614-8505
   Telephone: (949) 263-8400
5  Facsimile: (949) 263-8414

6  John Nadolenco (State Bar No. 181128)
      jnadolenco@mayerbrown.com
7  MAYER BROWN LLP
   350 South Grand Avenue, 25th Floor
8  Los Angeles, California 90071-1503
   Telephone: (213) 229-9500
9  Facsimile: (213) 625-0248

10 Attorneys for Defendants
   New Cingular Wireless Services, Inc. f/k/a
11 AT&T Wireless Services, Inc. and
   AT&T Mobility LLC f/k/a Cingular Wireless LLC

FILED
CLERK, U.S. DISTRICT COURT
JAN 10 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH SHROYER, Individually And As Representative For All Others Similarly Situated And The General Public,<br><br>Plaintiff,<br><br>v.<br><br>NEW CINGULAR WIRELESS SERVICES, INC. f/k/a AT&T WIRELESS SERVICES, INC; AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 06-CV-01792-R-FMO<br><br>[Assigned to the Honorable Manuel L. Real]<br><br>**STIPULATION FOR DISMISSAL OF ACTION** AND ORDER<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

/ / /

/ / /

/ / /

Case No. 06-CV-01792-R-FMO
STIPULATION FOR DISMISSAL OF ACTION
[Fed. R. Civ. P. 41(a)(1)(A)(ii)]

WHEREAS the Court has denied Plaintiff Kennith Shroyer's Renewed Motion for Certification of Plaintiff Class; and

WHEREAS, Plaintiff Kennith Shroyer thus has determined not to continue the prosecution of the action on an individual basis, and to dismiss the claims Plaintiff may have individually as to all Defendants;

THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kennith Shroyer ("Plaintiff") and Defendants New Cingular Wireless Services, Inc. f/k/a AT&T Wireless Services, Inc. and AT&T Mobility LLC f/k/a Cingular Wireless LLC ("Defendants") (collectively, the "Parties") hereby stipulate this action and Plaintiff's individual claims of any kind or nature whatsoever that Plaintiff may have individually as to all Defendants, are dismissed **with prejudice**.

2. The Parties further stipulate that (a) Plaintiff waives his right to appeal the dismissal or any and all other orders, judgments, rulings or actions issued or taken in this matter, and (b) the Parties shall each bear their own costs and attorney's fees incurred in this action.

3. The Parties further agree that this stipulation is not, and may not be construed as, in derogation of any claim or right that any putative class member might have.

**SO STIPULATED.**

IT IS SO ORDERED

DATE Jan. 10, 2011

U.S. DISTRICT COURT JUDGE

| | | |
|---|---|---|
| 1 | DATED: January 7, 2011 | KIRTLAND & PACKARD LLP |
| 2 | | |
| 3 | | By: *[signature]* |
| 4 | | Michael L. Kelly |
| | | Robert K. Friedl |
| 5 | | Behram V. Parekh |
| | | KIRTLAND & PACKARD LLP |
| 6 | | 2361 Rosecrans Avenue, 4th Floor |
| | | El Segundo, California 90245 |
| 7 | | Telephone: (310) 536-1000 |
| | | Facsimile: (310) 536-1001 |
| 8 | | |
| | | William R. Weinstein |
| 9 | | LAW OFFICES OF WM. R. WEINSTEIN |
| | | 500 Fifth Avenue, Suite 1610 |
| 10 | | New York, N.Y. 10110 |
| | | Telephone: (212) 575-2205 |
| 11 | | Facsimile: (646) 448-8215 |
| 12 | | Attorneys for Plaintiff |
| | | Kennith Shrover |
| 13 | | |
| 14 | DATED: January 7, 2011 | CROWELL & MORING LLP |
| 15 | | |
| 16 | | By: *[signature]* |
| | | Steven P. Rice |
| 17 | | Theresa C. Lopez |
| | | CROWELL & MORING LLP |
| 18 | | 3 Park Plaza, 20th Floor |
| | | Irvine, California 92614-8505 |
| 19 | | Telephone: (949) 263-8400 |
| | | Facsimile: (949) 263-8414 |
| 20 | | |
| 21 | | John Nadolenco |
| | | MAYER BROWN LLP |
| 22 | | 350 South Grand Avenue, 25th Floor |
| | | Los Angeles, California 90071-1503 |
| 23 | | Telephone: (213) 229-9500 |
| | | Facsimile: (213) 625-0248 |
| 24 | | Attorneys for Defendants |
| 25 | | New Cingular Wireless Services, Inc. |
| | | f/k/a AT&T Wireless Services, Inc. |
| 26 | | and AT&T Mobility LLC |
| | | f/k/a Cingular Wireless LLC |
| 27 | | |
| 28 | | |

2
Case No. 06-CV-01792-R-FMO
STIPULATION FOR DISMISSAL OF ACTION
[Fed. R. Civ. P. 41(a)(1)(A)(ii)]